UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-384(JMR/FLN)

Angela Zamora )
)
v. ) ORDER TO SHOW CAUSE
)
Metz Baking Company )

The Court has reviewed this matter sua sponte. On February 4, 2000, plaintiff filed a complaint in Minnesota state court seeking damages "in excess of $50,000." On February 22, 2000, defendant filed a notice of removal with this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. The petition for removal asserts the parties are citizens of different states, and that "it is more likely than not that plaintiff's prayer for judgment seeks a recovery which exceeds the sum of $75,000.00, exclusive of interests and costs."

This Court has jurisdiction "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332. Based on the foregoing, the Court enters the following:

ORDER TO SHOW CAUSE directed to both parties to advise this Court, on or before April 1, 2000, whether the requirements of 28 U.S.C. § 1332 are satisfied.

Dated: March 3d, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED MAR [illegible]
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________