UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-384(JMR/FLN)

| | | |
|---|---|---|
| Angela Zamora | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Metz Baking Company | ) | |

Defendant removed this case from state court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332, based on its belief that "it is more likely than not that plaintiff's prayer for judgment seeks a recovery which exceeds the sum of $75,000.00, exclusive of interests and costs." Plaintiff's counsel subsequently informed the Court that plaintiff's "claims do not meet the $75,000 threshold as required for jurisdiction of this Court." Accordingly, IT IS ORDERED that:

The case is remanded to state court, pursuant to 28 U.S.C. § 1447(c), for lack of subject matter jurisdiction.

Dated: April 4th, 2000

JAMES M. ROSENBAUM
United States District Judge

APR 05 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK